IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| 1ST AMENDMENT PRAETORIAN )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>  )<br>DENVER LEE RIGGLEMAN, III, )<br>HEARST MAGAZINE MEDIA, INC. )<br>HENRY HOLT & COMPANY, INC., )<br>  )<br>-and- )<br>  )<br>MACMILLAN PUB. GROUP., LLC )<br>  )<br>  Defendants. )<br>_____ ) | Case No. 3:22-cv-00060-NKM |

# **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, 1st Amendment Praetorian, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby serves Notice of Voluntary Dismissal without prejudice of all claims stated in his complaint [*ECF No. 1*] against defendants, Denver Lee Riggleman, III, Hearst Magazine Media, Inc., Henry Holt & Company, Inc. and Macmillan Publishing Group, LLC.

DATED:   November 25, 2022

Signature of Counsel on Next Page

1

1ST AMENDMENT PRAETORIAN

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net

*Counsel for the Plaintiff*

1ST AMENDMENT PRAETORIAN